UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ROBERT FRITZ,　　　　　　　　　　)
　　　　　Plaintiff,　　　　　　　　)
　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　)　　**JUDGMENT**
　　　　　　　　　　　　　　　　　)　　No. 5:13-CV-724-D
　　　　　　　　　　　　　　　　　)
DUKE ENERGY CAROLINAS, LLC,　　　 )
and HELVEY & ASSOCIATES, INC.,　　)
　　　　　Defendants.　　　　　　　)

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the court grants defendant Duke Energy's Motion to Dismiss. Duke Energy is DISMISSED as a defendant.

This Judgment Filed and Entered on July 24, 2014, and Copies To:

Edward H. Maginnis  (via CM/ECF Electronic Notification)
Hans H. Huang (via CM/ECF Electronic Notification)

DATE　　　　　　　　　　　　　　　　　　　　　　　**JULIE A. RICHARDS, CLERK**
July 24, 2014　　　　　　　　　　　　　　　　　　　/s/ Susan K. Edwards
　　　　　　　　　　　　　　　　　　　　　　　　　(By) Susan K. Edwards, Deputy Clerk